IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-2610-SKC-STV

JASON T BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al,

    Defendants.

---

NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

---

    To the Clerk of Court and all parties of record:

    First Assistant Attorney General Daniel M. Combs, who is a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Defendants Department of Corrections and Adrienne Sanchez ("DOC Defendants"); Bob Jaros, Julie Mileham, Evan Stathopulos, and Tammy Nelson ("DPA Defendants"); 19th Judicial District, Ulisses Palma, Amanda Manbeck, Lynda Lindsey, and Marci Hoffman ("Judicial Defendants"); and Philip Weiser and Joshua Urquhart ("AG Defendants") in the above captioned matter. All pleadings, correspondence, notices, and other documents should be sent to undersigned counsel at the address specified.

    Respectfully submitted this November 21, 2025.

PHILIP J. WEISER
Attorney General


*s/ Daniel M. Combs*
DANIEL M. COMBS, 34740*
First Assistant Attorney General
Tort Litigation
Civil Litigation and Employment Law
*Attorneys for Defendants*

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10TH Floor
Denver, Colorado  80203
Telephone:  720-508-6625
E-Mail:  Dan.Combs@coag.gov
*Counsel of Record

MATTER ID: 2025-PERM-159250

2